371 A.2d 249

Stein, Appellant, v. Mecosh et ux.

Argued December 15, 1975. Edward F. Silva, with him Jack E. Feinberg, for appellant; John F. Dougherty, Jr., and Dougherty & Katevatis, submitted a brief for appellees.

Judgment affirmed.

PRICE, J., notes his dissent.

HOFFMAN, J., absent.